UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| IN THE MATTER OF ) | |
| ) | |
| WILLIAM R. PICKARD ) | BANKRUPTCY CASE NUMBER 09-15032 |
| KANDI S. PICKARD ) | CHAPTER 7 |
| ) | |
| DEBTORS. ) | |

## NOTICE OF DEPOSIT OF UNCLAIMED FUNDS WITH CLERK

Comes now the undersigned, Yvette Gaff Kleven, Trustee, and by way of notice states the following:

1. The undersigned is the duly appointed Chapter 7 Trustee in the bankruptcy in the above-entitled matter.

2. The Trustee filed her Final Report And Distribution Summary on March 23, 2011, and issued checks as proposed in said proposed distribution.

3. That Check #115 issued to Sallie Mae ECFC, c/o Sallie Mae, Inc., 220 Lasley Ave., Wilkes-Barre, PA 18706 on April 15, 2011 in the amount of $361.22 was cashed, but the funds were subsequently returned to the Trustee by Sallie Mae ECFC indicating the loan was now being administered by another servicer, but did not identify the servicer.

4. That Sallie Mae ECFC filed a Proof Of Claim in this case, a copy of which is attached hereto. The Trustee believes the obligation is still owing.

4. That the Trustee hereby gives notice that such amount of **$361.22** is being presented to the Clerk of the United States Bankruptcy Court for the benefit of such claimant.

Respectfully submitted,

   /s/ Yvette Gaff Kleven
Yvette Gaff Kleven, Chapter 7 Trustee
927 South Harrison Street
Fort Wayne, Indiana   46802
Telephone:   260 / 407-7000
ygk@sak-law.com

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 12th day of May, 2011, a true and correct copy of the above and foregoing Notice Of Deposit Of Unclaimed Funds With Clerk was transmitted electronically through the Bankruptcy Court's ECF System to: United States Trustee, USTPRegion10.SO.ECF@usdoj.gov,, and was sent via first class United States mail, postage prepaid, to: Sallie Mae ECFC, c/o Sallie Mae, Inc., 220 Lasley Ave., Wilkes-Barre, PA 18706

    /s/ Yvette Gaff Kleven
Yvette Gaff Kleven

B10 (Official Form 10) (04/10)

| UNITED STATES BANKRUPTCY COURT __NORTHERN__ DISTRICT OF __INDIANA__ (FORT WAYNE) LOANS 1,2 | PROOF OF CLAIM |
|---|---|

| Name of Debtor: **William R Pickard** | Case Number: **09-15032-REG** |
|---|---|

NOTE: *This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.*

Name of Creditor (The person or entity to whom the debtor owes money or property):
**Sallie Mae ECFC**

☐ Check this box to indicate that this claim amends a previously filed claim.

Name and address where notices should be sent:

C/O Sallie Mae, Inc.
220 Lasley Ave
Wilkes-Barre, PA 18706

Court Claim Number: _____
(*If known*)

Telephone number: (570) 821-3600

Filed on: _____

Name and address where payment should be sent (if different from above):
C/O Sallie Mae, Inc.
220 Lasley Ave
Wilkes-Barre, PA 18706

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

Telephone number: (570) 821-3600

☐ Check this box if you are the debtor or trustee in this case

1. **Amount of Claim as of Date Case Filed:** $ 4,871.75

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.

If all or part of your claim is entitled to priority, complete item 5.

☒ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of interest or charges.

2. **Basis for Claim:** Money loaned
(See instruction #2 on reverse side.)

3. **Last four digits of any number by which creditor identifies debtor:** 3318

   3a. Debtor may have scheduled account as: _____
   (See instruction #3a on reverse side.)

4. **Secured Claim** (See instruction #4 on reverse side.)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

Nature of property or right of setoff:   ☐ Real Estate    ☐ Motor Vehicle    ☐ Other
Describe:

Value of Property: $ _____    Annual Interest Rate ___ %

Amount of arrearage and other charges as of time case filed included in secured claim,

if any: $ _____    Basis for perfection: _____

Amount of Secured Claim: $ _____    Amount Unsecured: $ 4,871.75

Plus Interest continuing to accrue @ _____ %APR( _____ per diem)

5. **Amount of Claim Entitled to Priority under 11 U.S.C. §507(a).** If any portion of your claim falls in one of the following categories, check the box and state the amount.

Specify the priority of the claim.

☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $11,725*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. §507 (a)(4).

☐ Contributions to an employee benefit plan – 11 U.S.C. §507 (a)(5).

☐ Up to $2,600* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. §507 (a)(7).

☐ Taxes or penalties owed to governmental units – 11 U.S.C. §507 (a)(8).

☐ Other – Specify applicable paragraph of 11 U.S.C. § 507(a)(__).

Amount entitled to priority:

$ _____

*Amounts are subject to adjustment on 4/1/13 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

6. **Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

7. **Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements or running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. (*See instruction 7 and definition of "redacted" on reverse side.*)

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

| 29-Apr-10 | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.

/s/ Chris Generose    570-821-3600 ext. 3009 | FOR COURT USE ONLY |
|---|---|---|

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571

9:16:48 `Thursday, April 29, 2010
Case 09-15032-reg    Doc 24    Filed 05/12/11    Page 4 of 4
Case 09-15032-reg    Claim 13-1    Filed 04/29/10    Page 2 of 2

```
CLASS-133-MONETARY HISTORY------------------------------ LSC/F         04/29/10
>NXT SCR 133 SSN ____ __ ____ _ PG __ OWN _____ ST ____ GU __ LN __ DT __ __
SSN              LOANS ALL    PROG GS    STATUS SCHL    GUAR US    OWNER 834487
NAME WILLIAM R PICKARD                  INT RATE  *****  OWNER  2009-DP1
ORIG PRIN    9500.00 AMT OUT    4750.00 ACR INT: BOR    121.75 ED        7.51
             LOANS SELECTED 12..................          UNINS          0.00
       EFF    POST          TRANS                         IBR            0.00
       DATE   DATE   TRAN   AMOUNT    PRINCIPAL  INTEREST   DECLINING BALANCE
 _    010110 010110 470       1.34       0.00     -1.34       4,750.00
 _    010110 010110 470      23.35       0.00    -23.35       4,750.00
 _    020110 020110 831    1750.00    1750.00      0.00       6,500.00
 _    020110 020110 831    3000.00    3000.00      0.00       9,500.00
 _    020110 022210 132    1750.00   -1750.00      0.00       7,750.00
 _    020110 022210 132    3000.00   -3000.00      0.00       4,750.00
 _    030510 030510 240    3091.03   -3000.00    -91.03       4,750.00
 _    030510 030510 740    3091.03    3000.00     91.03       4,750.00
 _    030510 030510 240    1750.00   -1750.00      0.00       4,750.00
 _    030510 030510 740    1750.00    1750.00      0.00       4,750.00
 _    040110 040110 470       7.24       0.00     -7.24       4,750.00
 _    040110 040110 470      16.90       0.00    -16.90       4,750.00

I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SEL & ENTER OR PF2=DETAIL.  PF5=DEC PRIN BAL   PF6=TRANS HIS(131)   PF13=PMT ALLOC
PF8=BORR PMT(134)  PF7=FEE SWAP(133)   PF9=STATUS HIS(135)   PF10=VALID PMTS ONLY
```